AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 25, 2021**

SEAN F. McAVOY, CLERK

ANGELA T.,

_____
*Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:20-CV-00086-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED, and the matter is REMANDED to the
Commissioner. Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.

Judgment is entered for the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Stanley A. Bastian _____ on cross-motions for summary judgment.

Date:  3/25/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Courtney Piazza
_____
*(By) Deputy Clerk*

Courtney Piazza
_____